dddddddUNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Serena Ruiz

    v.                                   Case No. 26-cv-144-SE-AJ

Brian Gottlieb

<u>ORDER</u>

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 14, 2026. For the reasons explained therein, Ruiz's complaint is dismissed. The clerk shall enter judgment and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
Chief Judge

Date: April 30, 2026

cc:  Serena Ruiz, pro se